# UNITED STATES DISTRICT COURT

for the

Federal District of Seattle, Washington

Western Division

**21-CV-1385 JLR**

Glen L. Walker

_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Gene Meyer, Inc. West & Sons Towing

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [x] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Glen L. Walker |
   | Street Address | 10521 SE 211th St |
   | City and County | Kent, King County |
   | State and Zip Code | Washington 98031-2051 |
   | Telephone Number | 206-361-1969 |
   | E-mail Address | glenlwalker@yahoo.com |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gene Meyer, Inc. |
| Job or Title *(if known)* | |
| Street Address | 255 Rainer Ave S. |
| City and County | Renton, King County |
| State and Zip Code | Washington  98057-2034 |
| Telephone Number | |
| E-mail Address *(if known)* | owner@meyerconstruction.com |

Defendant No. 2

| | |
|---|---|
| Name | West and Sons Towing |
| Job or Title *(if known)* | |
| Street Address | 405 S 7th St |
| City and County | Renton, King County |
| State and Zip Code | Washington 98057 |
| Telephone Number | 425-201-7666 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Glen L. Walker__, is a citizen of the State of *(name)* __Washington__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __Gene Meyers Inc.__, is incorporated under the laws of the State of *(name)* __Washington__, and has its principal place of business in the State of *(name)* __Washington__.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$650,000: 1957 Camaro Showcar $250,000; 1967 Chevy Showcar $210,000

Car parts $167,000 that plaintiff purchased new.  $23,000 in emotional damage.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Glen L. Walker , and the defendant, *(name)* West and Sons Towing under Gene Meyer, Inc , made an agreement or contract on *(date)* June 8, 2014 . The agreement or contract was *(oral or written)* written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

Contract stated that when plaintiff paid $600 cars would be returned by defendant.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

Plaintiff paid defendant the $600. Defendant returned the 1967 chevy extremely damaged & damaged car parts. Defendant never returned the 1957 Camaro, only damaged car parts.

The plaintiff has complied with the plaintiff's obligations under the contract.

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As stated above, plaintiff seeks $650,000 for above named damaged 1967 Chevy & damaged parts; Defendant never returned the 1957 Camaro and damaged car parts as agreed upon.

Plaintiff paid $167,000 for all original car parts; & seeks $23,000 emotional damage and stress

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   June 8, 2020

Signature of Plaintiff    GLEN L WALKER
Digitally signed by GLEN L WALKER
DN: cn=GLEN L WALKER, o, ou, email=repservices@live.com, c=US
Date: 2020.06.18 22:57:49 -07'00'

Printed Name of Plaintiff   Glen L. Walker

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address